UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WANG, et al.
Individually and on Behalf of All Other
Employees Similarly Situated,

                                     Case No.: 1:20-cv-5410

                            Plaintiff(s)       **NOTICE OF DEPOSITON**
           -    against -

KIRIN TRANSPORTATION INC., et al.

                           Defendant(s)
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30 of Federal Rules of Civil

Procedure, Defendants, by and through counsel, KEVIN KERVENG TUNG, P.C. will take oral

deposition of Plaintiff LU YANG in the above-captioned action.

      **PLEASE TAKE FURTHER NOTICE** that the deposition will be held remotely over

Zoom on **November 28, 2022 at 10:00 a.m**. before a certified court reporter from Bee Reporting

to administer the oath remotely.

      **PLEASE TAKE FURTHER NOTICE** that the deponent shall be prepared to testify

with respect to Plaintiffs' information regarding any knowledge or information relevant to all the

claims against Defendants alleged in the Summons and Complaint. The deponent will be

required to bring government issued ID legible on camera and produce all the evidence related to

the claims against Defendants for inspection. The deposition is continuing day-to-day until

completed.

      Dated: October 28, 2022

                                       By: /s/ Bo Chen_____

                                         Bo Chen, Esq.

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

WANG, et al.
Individually and on Behalf of All Other
Employees Similarly Situated,

                                   Plaintiff(s)

          -   against -

KIRIN TRANSPORTATION INC., et al.

                                 Defendant(s)

-------------------------------------------------------------------X

Case No.: 1:20-cv-5410

**NOTICE OF DEPOSITON**

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30 of Federal Rules of Civil Procedure, Defendants, by and through counsel, KEVIN KERVENG TUNG, P.C. will take oral deposition of Plaintiff YA XU in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be held remotely over Zoom on **November 28, 2022 at 1:00 p.m**. before a certified court reporter from Bee Reporting to administer the oath remotely.

**PLEASE TAKE FURTHER NOTICE** that the deponent shall be prepared to testify with respect to Plaintiffs' information regarding any knowledge or information relevant to all the claims against Defendants alleged in the Summons and Complaint. The deponent will be required to bring government issued ID legible on camera and produce all the evidence related to the claims against Defendants for inspection. The deposition is continuing day-to-day until completed.

Dated: October 28, 2022

By:  /s/ Bo Chen_____

Bo Chen, Esq.

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WANG, et al.
Individually and on Behalf of All Other
Employees Similarly Situated,

                                Case No.: 1:20-cv-5410

                       Plaintiff(s)          **NOTICE OF DEPOSITON**
         -    against -

KIRIN TRANSPORTATION INC., et al.


                        Defendant(s)
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30 of Federal Rules of Civil

Procedure, Defendants, by and through counsel, KEVIN KERVENG TUNG, P.C. will take oral

deposition of Plaintiff TIANDE WANG in the above-captioned action.

      **PLEASE TAKE FURTHER NOTICE** that the deposition will be held remotely over

Zoom on **November 29, 2022 at 10:00 a.m.** before a certified court reporter from Bee Reporting

to administer the oath remotely.

      **PLEASE TAKE FURTHER NOTICE** that the deponent shall be prepared to testify

with respect to Plaintiffs' information regarding any knowledge or information relevant to all the

claims against Defendants alleged in the Summons and Complaint. The deponent will be

required to bring government issued ID legible on camera and produce all the evidence related to

the claims against Defendants for inspection. The deposition is continuing day-to-day until

completed.

      Dated: October 28, 2022

                                     By:  /s/ Bo Chen_____

                                       Bo Chen, Esq.

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
WANG, et al.
Individually and on Behalf of All Other
Employees Similarly Situated,                                    Case No.: 1:20-cv-5410

                                        Plaintiff(s)        **NOTICE OF DEPOSITON**
                    -    against -

KIRIN TRANSPORTATION INC., et al.


                                        Defendant(s)
----------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30 of Federal Rules of Civil

Procedure, Defendants, by and through counsel, KEVIN KERVENG TUNG, P.C. will take oral

deposition of Plaintiff ZHANWEN CHI in the above-captioned action.

  **PLEASE TAKE FURTHER NOTICE** that the deposition will be held remotely over

Zoom on **November 29, 2022 at 1:00 p.m**. before a certified court reporter from Bee Reporting

to administer the oath remotely.

  **PLEASE TAKE FURTHER NOTICE** that the deponent shall be prepared to testify

with respect to Plaintiffs' information regarding any knowledge or information relevant to all the

claims against Defendants alleged in the Summons and Complaint. The deponent will be

required to bring government issued ID legible on camera and produce all the evidence related to

the claims against Defendants for inspection. The deposition is continuing day-to-day until

completed.

  Dated: October 28, 2022

              By: /s/ Bo Chen_____

              Bo Chen, Esq.

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WANG, et al.
Individually and on Behalf of All Other
Employees Similarly Situated,                                     Case No.: 1:20-cv-5410

                                   Plaintiff(s)        **NOTICE OF DEPOSITON**
      -   against -

KIRIN TRANSPORTATION INC., et al.

                                  Defendant(s)
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30 of Federal Rules of Civil

Procedure, Defendants, by and through counsel, KEVIN KERVENG TUNG, P.C. will take oral

deposition of Plaintiff QIAN WANG in the above-captioned action.

        **PLEASE TAKE FURTHER NOTICE** that the deposition will be held remotely over

Zoom on **November 30, 2022 at 10:00 a.m**. before a certified court reporter from Bee Reporting

to administer the oath remotely.

        **PLEASE TAKE FURTHER NOTICE** that the deponent shall be prepared to testify

with respect to Plaintiffs' information regarding any knowledge or information relevant to all the

claims against Defendants alleged in the Summons and Complaint. The deponent will be

required to bring government issued ID legible on camera and produce all the evidence related to

the claims against Defendants for inspection. The deposition is continuing day-to-day until

completed.

        Dated: October 28, 2022

                                             By: /s/ Bo Chen_____

                                           Bo Chen, Esq.

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WANG, et al.
Individually and on Behalf of All Other
Employees Similarly Situated,

                      Case No.: 1:20-cv-5410

                Plaintiff(s)       **NOTICE OF DEPOSITON**
      -   against -

KIRIN TRANSPORTATION INC., et al.

                Defendant(s)
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30 of Federal Rules of Civil

Procedure, Defendants, by and through counsel, KEVIN KERVENG TUNG, P.C. will take oral

deposition of Plaintiff all other opt-in drivers in the above-captioned action.

     **PLEASE TAKE FURTHER NOTICE** that the deposition will be held remotely over

Zoom on **November 30, 2022 at 1:00 p.m**. before a certified court reporter from Bee Reporting

to administer the oath remotely.

     **PLEASE TAKE FURTHER NOTICE** that the deponent shall be prepared to testify

with respect to Plaintiffs' information regarding any knowledge or information relevant to all the

claims against Defendants alleged in the Summons and Complaint. The deponent will be

required to bring government issued ID legible on camera and produce all the evidence related to

the claims against Defendants for inspection. The deposition is continuing day-to-day until

completed.

     Dated: October 28, 2022

                          By:  /s/ Bo Chen_____

                             Bo Chen, Esq.