Kevin S. Wang, Esq
**Wood Wang & Associate, PLLC**
3907 Prince St, Ste 2F
Flushing, New York 11354
Attorney for Plaintiff

November 12, 2025

VIA CM/ECF

Hon. Judge Orelia E. Merchant
Hon. Magistrate Judge Lara K. Eshkenazi
Case name In re Wang Litigation with case No. 1:20-cv-05410-OEM-TAM

Re: Letter Motion seeking permission to file the document untimely

Dear Judge Merchant,

   This firm is the counsel for the Defendants in the above-captioned case.

   Under this Court' Order, Defendants' trial exhibits are due yesterday on or before November 10, 2025. The counsel for Defendants has emailed the first set of Trial Exhibits with evidence to your chamber and cc to Plaintiff' lead counsel Mr. John Troy, Esq. cc'ed on the email chain yesterday without filing hard copies to the Court  because of printing issues which can not be completed timely.

   Today, the assistant from the undersigned filed 3 sets of hard copies with Your Honor' office and your office clerk confirmed that she received  three sets of hard copies which just updated the filing with a table office contents and 2 additional exhibits that Defendants missed yesterday.

     We apologize for its late filing for one day and Defendants through the undersigned counsel file this Motion to respectfully request the Court to accept such filing untimely because the undersigned office has last minute printing issues for packaging documents, which the undersigned make all of efforts to overcome it but still can not make it filing hard copies yesterday with Your Honor' office. There is no prejudice to Plaintiffs' side since the first set of documents have been emailed to Plaintiffs' lead counsel Mr. John Troy while sending your Honor' chambers yesterday and Defendants filed hard copies with minor updates and emailed the updated version by emails again.

     Therefore, the undersigned respectfully request Your Honor grant Defendants' request for the document filing untimely so that Defendants could be ready to move forward this case for trial by Your Honor's presiding.

    Thank you for Your Honor' time in considering this matter.

Respectfully submitted,

 /s/Kevin S. Wang
Kevin S. Wang, Esq.

CC to all of attorneys of the record